**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REBECCA LEICHT, | : |
| | : |
|     Plaintiff, | : |
| | : |
|     v. | :   Misc. Action No. 07-0323 (JR) |
| | : |
| FLEETWOOD MANAGEMENT GROUP, LLC. | : |
| | : |
|     Defendant. | : |

## ORDER

The government's motion to quash the notice of deposition of Rudolph Contreras was served by mail on August 21, 2007. No response was filed within the fourteen days allowed by the Rules (eleven days, plus three for mail service). The motion is treated as conceded and is **granted**. LCvR 7(b).


                                         JAMES ROBERTSON
                            United States District Judge